IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BECKY KEELING                                                              PLAINTIFF

V.                    CASE NO. 2:18-CV-139-BD

ANDREW SAUL, Commissioner,
Social Security Administration                                             DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 3rd day of September, 2019.

_____
UNITED STATES MAGISTRATE JUDGE